IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| HARDWARE PLUS INC., <br><br> **Plaintiff**, <br><br> v. <br><br> OMNIMAX INTERNATIONAL, *et al.*, <br><br> **Defendants.** | **Civil No.** 23-1394 (FAB) |

**PARTIAL JUDGMENT**

In accordance with the order entered today (Docket No. 36), plaintiff's claims against ACE Corporation are **DISMISSED without prejudice** and without costs or attorneys' fees.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, December 6, 2023.

s/ Francisco A. Besosa
FRANCISCO A. BESOSA
SENIOR UNITED STATES DISTRICT JUDGE
