IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| HARDWARE PLUS INC., | |
| Plaintiff, | CIVIL NO.: 23-1394 (MEL) |
| v. | |
| OMNIMAX INTERNATIONAL, ET AL., | |
| Defendants. | |

**AMENDED PARTIAL JUDGMENT**

In accordance with the order entered on December 6, 2023 (ECF No. 36) and the clarification made by plaintiff Hardware Plus, Inc. during the Initial Scheduling Conference held on April 23, 2024 (ECF No. 112, at 2), plaintiff's claims against ACE Hardware Corporation are DISMISSED without prejudice and without costs or attorneys' fees.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 26th day of April, 2024.

s/Marcos E. López
U.S. Magistrate Judge